STEVEN N. BERGER, SBA #009613
SCOTT B. COHEN, SBA #014377
PATRICK A. CLISHAM, SBA #023154
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: snb@engelmanberger.com
Email: sbc@engelmanberger.com
Email: pac@engelmanberger.com

Proposed Attorneys for Debtor
Red Mountain Machinery Company

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RED MOUNTAIN MACHINERY COMPANY,<br><br>EIN: 86-0551713<br><br>Debtor. | Chapter 11<br><br>Case No. 2:09-bk-19166-RJH<br><br>**ORDER APPOINTING ENGELMAN BERGER, P.C. AS COUNSEL FOR THE DEBTOR** |

THE COURT, having considered *"Debtors' (1) Application To Employ Engelman Berger, P.C. As Counsel For The Debtor And (2) Bankruptcy Rule 2014(A) Statement"* ("Application"), and the Verified Statements pursuant to Rules 2014 and 2016, Rules of Bankruptcy Procedure, and the Court being advised that said employment is necessary and will be in the best interest of this estate,

IT IS ORDERED that the law firm of Engelman Berger, P.C. ("Firm"), shall be employed as of the date of the Application, to serve as general bankruptcy counsel to the Debtor subject to the terms set forth in the Application.

IT IS FURTHER ORDERED that no compensation and/or reimbursement of expenses to the Firm shall be paid until the Firm has made proper application for same with this Court.

DATED AS SIGNED ABOVE.