STEVEN N. BERGER, SBA #009613
SCOTT B. COHEN, SBA #014377
PATRICK A. CLISHAM, SBA #023154
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
SUITE 700
PHOENIX, ARIZONA 85012
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@engelmanberger.com
Email: pac@engelmanberger.com

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| RED MOUNTAIN MACHINERY COMPANY, | Case No. 2:09-bk-19166-RJH |
| RED MOUNTAIN HOLDINGS, LLC, | Case No. 2:09-bk-19170-RJH |
| RED MOUNTAIN PACIFIC LLC, | Case No. 2:09-bk-19175-RTB |
| BTH, LLC, | Case No. 2:09-bk-19178-RJH |
| Debtors. | **(Jointly Administered Under Case No. 2:09-bk-19166-RJH)** |
| | **NOTICE OF FILING RED MOUNTAIN MACHINERY COMPANY'S LIST OF 20 LARGEST UNSECURED CREDITORS** |
| | **(Applies only to Debtor Red Mountain Machinery Company)** |

Red Mountain Machinery Company, the above-captioned debtor and debtor-in-possession ("Debtor"), by and through undersigned counsel, hereby files the attached List of Creditors Holding 20 Largest Unsecured Claims.

{02471.001/00105541.DOC /}

DATED this 13th day of August, 2009.

**ENGELMAN BERGER, P.C.**

By  */s SNB, SBA #009613*
      Steven N. Berger
      Scott B. Cohen
      Patrick A. Clisham
      3636 N. Central Avenue, No. 700
      Phoenix, AZ 85012
      Attorneys for Debtors

COPIES of the foregoing mailed this
13th day of August, 2009, to:

United States Trustee's Office
230 N. First Avenue, Suite 204
Phoenix, AZ 85003


      */s/ Kimberly A. Cox*

{02471.001/00105541.DOC /}

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  Red Mountain Machinery Company  
Debtor(s)

Case No. 2:09-bk-19166-RJH  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Schogan Companies<br>1931 Arizona Avenue, Suite B<br>Yuma, AZ 85364 | Mike Hogan<br>Schogan Companies<br>1931 Arizona Avenue, Suite B<br>Yuma, AZ 85364<br>928.539.9300 | Trade debt | | 132,040.00 |
| Wallace Plese & Dreher LLP<br>3933 S. McClintock Drive, #500<br>Tempe, AZ 85282 | Mark Dreher<br>Wallace Plese & Dreher LLP<br>3933 S. McClintock Drive, #500<br>Tempe, AZ 85282<br>480.345.0500 | Accounting fees | | 35,713.00 |
| ADP TotalSource<br>10200 Sunset Drive<br>Miami, FL 33173 | ADP TotalSource<br>10200 Sunset Drive<br>Miami, FL 33173<br>888.244.3488 | Payroll Services | | 33,848.00 |
| BTS Inc.<br>3852 E. Talowa Street<br>Phoenix, AZ 85044 | Richard Bennett<br>BTS Inc.<br>3852 E. Talowa Street<br>Phoenix, AZ 85044<br>602.321.0791 | Trade debt | | 25,057.00 |
| Reclaimed Aggregates, Inc.<br>P. O. Box 1247<br>Colton, CA 92324 | Reclaimed Aggregates, Inc.<br>P. O. Box 1247<br>Colton, CA 92324<br>951.787.8955 | Trade debt | | 24,073.00 |
| XO Communications, Inc.<br>File 50550<br>Los Angeles, CA 90074 | XO Communications, Inc.<br>File 50550<br>Los Angeles, CA 90074<br>800.421.3872 | Trade debt | | 13,252.00 |
| Corporate Services, LLC<br>3801 Plaza Tower Drive<br>Baton Rouge, LA 70816 | Corporate Services, LLC<br>3801 Plaza Tower Drive<br>Baton Rouge, LA 70816<br>225.923.3767 | Trade debt | | 13,000.00 |
| Comerica Bank<br>P. O. Box 641618<br>Detroit, MI 48264 | Comerica Bank<br>P. O. Box 641618<br>Detroit, MI 48264<br>800.465.0766 | Trade debt | | 12,686.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sentry Insurance<br>P. O. box 8019<br>Stevens Point, WI 54481 | Sentry Insurance<br>P. O. box 8019<br>Stevens Point, WI 54481<br>520.797.9154 | Trade debt | | 12,002.00 |
| Farber Hass Hurley LLP<br>888 W. Ventura Bvld., Suite A<br>Camarillo, CA 93010 | Pat Farber<br>Farber Hass Hurley LLP<br>888 W. Ventura Bvld., Suite A<br>Camarillo, CA 93010<br>805.388.1300 | CPA Services | | 10,145.00 |
| Qualcomm Inc.<br>File No. 54210<br>Los Angeles, CA 90074 | Qualcomm Inc.<br>File No. 54210<br>Los Angeles, CA 90074<br>858.651.5000 | Trade debt | | 9,400.00 |
| Hunsaker & Palecek, P.L.L.C.<br>3033 N. 44th St., #269<br>Phoenix, AZ 85018 | Jim Palecek<br>Hunsaker & Palecek, P.L.L.C.<br>3033 N. 44th St., #269<br>Phoenix, AZ 85018<br>602.522.2349 | Legal fees | | 8,984.00 |
| ND Equipment<br>1141 E. Sagebrush<br>Gilbert, AZ 85296 | Jay Dee Sale<br>ND Equipment<br>1141 E. Sagebrush<br>Gilbert, AZ 85296<br>602.316.2200 | Trade debt | | 8,788.00 |
| Lipshultz & Scherago, LLP<br>12400 Wilshire Blvd., Suite 920<br>Los Angeles, CA 90025 | Michael Scherago<br>Lipshultz & Scherago, LLP<br>12400 Wilshire Blvd., Suite 920<br>Los Angeles, CA 90025<br>310.820.3311 | Legal fees | | 6,172.00 |
| Blue Book of Bldg & Construction Inc.<br>430 N. Vineyard, #311<br>Ontario, CA 91764 | Blue Book of Bldg & Construction Inc.<br>430 N. Vineyard, #311<br>Ontario, CA 91764<br>914.245.0932 | Trade debt | | 5,352.00 |
| The McGraw-Hill Companies<br>P. O. Box 894182<br>Los Angeles, CA 90189 | The McGraw-Hill Companies<br>P. O. Box 894182<br>Los Angeles, CA 90189<br>609.426.5261 | Trade debt | | 5,200.00 |
| Southern Counties Oil Co., dba Total Ene<br>P. O. Box 4159<br>Orange, CA 92863 | Southern Counties Oil Co., dba Total Ene<br>P. O. Box 4159<br>Orange, CA 92863<br>714.744.7140 | Trade debt | | 5,029.00 |
| Overhead Cranes International<br>1948 W. 2425 St., #1<br>Woods Cross, UT 84087 | Overhead Cranes International<br>1948 W. 2425 St., #1<br>Woods Cross, UT 84087<br>801.936.0288 | Trade debt | | 5,004.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Airespring<br>P. O. Box 7420<br>Van Nuys, CA 91409 | Airespring<br>P. O. Box 7420<br>Van Nuys, CA 91409<br>800.825.1055 | Telephone services | | 4,197.00 |
| ADT Security Services, Inc.<br>P. O. Box 371956<br>Pittsburgh, PA 15250 | ADT Security Services, Inc.<br>P. O. Box 371956<br>Pittsburgh, PA 15250<br>702.933.3220 | Security Services | | 4,196.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 13, 2009**        Signature  **/s/ David Gonzales**
                                            **David Gonzales**
                                            **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.