# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | Red Mountain Machinery Company | |
| **Case Number:** | 2:09-bk-19166-RJH | **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 19, 2010 01:30 PM   6TH FLOOR #603 | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | |
| **Courtroom Clerk:** | | |
| **Reporter / ECR:** | N/A | |

## *Matter:*

**1)** HEARING ON DISCLOSURE STATEMENT

   **R / M #:**   0 / 0

   **VACATED:   Stip & Order Continuing Hrg to 2/18/10 at 11:00 am.**

**2)** STATUS HEARING ON COMERICA'S MOTION TO CONVERT TO CHAPTER 7 OR APPOINT A TRUSTEE & DEBTOR'S MOTION FOR AUTHORITY TO CONTINUE TO USE CASH COLLATERAL ON AN INTERIM BASIS

   **R / M #:**   0 / 0

   **VACATED:   Stip & Order Continuing Hrg to 2/18/10 at 11:00 am.**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Stip & Order Continuing Hrg to 2/18/10 at 11:00 am.